# Court of Appeals of the State of Georgia

ATLANTA,__April 17, 2026_____

*The Court of Appeals hereby passes the following order:*

## A26A1505. CURTIS TYNER v. THE STATE.

Curtis Tyner was convicted of murder, felony murder, and other offenses. He subsequently filed, among other things, a motion to vacate sentence, which the trial court denied. He then filed a direct appeal to this Court.

The Supreme Court of Georgia has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crimes of murder and felony murder, jurisdiction over this appeal lies in the Supreme Court. See OCGA § 16-5-1 (a), (c), (e) (1); see also *Hart v. State*, 322 Ga. 1, 10(1) (917 SE2d 631) (2025) (even in murder cases in which the death penalty was not sought, the Supreme Court has opted to exercise its jurisdiction to review all such cases). The Supreme Court's jurisdiction over murder cases includes appeals from orders resolving post-judgment motions in such cases. See *Simpson v. State*, 292 Ga. 764 (740 SE2d 124) (2013) (considering an appeal from the denial of a motion in arrest of judgment attacking murder convictions as void).

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__04/17/2026_____*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*